# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

1. I, Special Agent Christine Gass, being duly sworn upon oath, hereby makes application to this Court for an arrest warrant for Joseph Vijay MILLS, DOB 10-12-1986, FBI Number 807451PC6.

2. The facts tending to establish the foregoing grounds for issuance of an arrest warrant are as follows:

## Affiant's Background and Experience

3. Your affiant is a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), currently assigned to the Fargo Field Office. Your affiant has been employed in this capacity since September 2021 and has received numerous hours of law enforcement specific training at the Federal Law Enforcement Training Center (FLETC). Prior to employment with the ATF, your affiant was employed as a Patrol Deputy with the Crow Wing County Sheriff's Office in Brainerd, Minnesota. Prior to employment with the Crow Wing County Sheriff's Office, your affiant was employed as a Special Agent with the North Dakota Bureau of Criminal Investigation.

4. During your affiant's employment as a law enforcement officer, your affiant has conducted and assisted in numerous felony-level investigations, which resulted in the arrests, searches, seizures, and convictions of individuals. Your affiant has worked with various law enforcement agencies throughout North Dakota and Minnesota. Your affiant's current duties and responsibilities as a Special Agent with the ATF include conducting criminal investigations of individuals and organizations for possible violations of Federal laws,

particularly those found in Titles 18, 21, and 26, United States Code.

5. Your affiant knows the following information from reviewing reports, consulting with other law enforcement, and her own investigation. The following information is not all information known to your affiant about this case, but rather facts that will establish probable cause.

6. Based on the facts set forth in this affidavit, there is probable cause to believe that Joseph MILLS, DOB 10-12-1986, committed violations for 18 U.S.C. § 922(j) (Possession of Stolen Firearm).

7. Based on the facts set forth in this affidavit, there is probable cause to arrest Joseph MILLS, DOB 10-12-1986.

## PROBABLE CAUSE

8. On Sunday, June 18, 2023, the Stutsman County Sheriff's Office responded to a reported burglary at Orr Auctioneers, 4154 US Hwy 281 SE, Jamestown, North Dakota, 58401.

9. On June 18, 2023, at approximately 1902 hours, Special Agent (S/A) Christine Gass of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) spoke to Chief Deputy Jason Falk, of the Stutsman County Sheriff's Office. Chief Deputy Falk informed S/A Gass that Orr Auctioneers reported multiple firearms were stolen from the property at 4154 US Hwy 281 SE, Jamestown, North Dakota, 58401. S/A Gass informed Chief Deputy Falk that S/A Gass would respond to the scene to assist.

10. On June 18, 2023, at approximately, 2100 hours, S/A Gass arrived at Orr Auctioneers, (4154 US Hwy 281 SE, Jamestown, North Dakota, 58401). S/A Gass met with Chief Deputy Falk who informed S/A Gass that there did not appear to be any forced entry to the shop/building. Deputy Falk informed S/A Gass that a shop garage door opener to the shop/building was left

inside an unlocked heavy piece of equipment known as a payloader that was parked in the parking lot. Chief Deputy Falk informed S/A Gass that a red 2004 Chevrolet Trailblazer, with no license plate, and vehicle identification number (VIN) 1GNDT13S242398258, was abandoned at Orr Auctioneers. A North Dakota Motor Vehicle search of the VIN revealed the registered owner of the 2004 Chevrolet Trailblazer was Joseph Vijay MILLS, DOB 10-12-1986, North Dakota Driver's License MIL-86-5927. The registered address was listed as 104 Sunnyside Trailer Court, Jamestown, North Dakota, 58401.

11. While at the scene, S/A Gass spoke with Jeff Olson, DOB 5/3/1966, who stated that he, Jeff Olson, holds a Federal Firearms License under the business name Jamestown Gun Shop, located at 4154 US Hwy 281 SE, Jamestown, North Dakota, 58401, License Number 3-45-093-01-6E-01338, with the ATF. Jeff Olson stated that he completed an inventory of firearms on Friday, June 16th, 2023. Jeff Olson informed S/A Gass that he, Jeff Olson, left the premises at approximately 1715 hours on Friday June 16th, 2023. Jeff Olson informed S/A Gass that employees of Orr Auctioneers arrived at the business on June 18, 2023, at approximately 1630 hours, and observed multiple firearms were missing.

12. Employees of Orr Auctioneers informed S/A Gass that Orr Auctioneers has a surveillance system through Dakota Central. An employee of Dakota Central responded to Orr Auctioneers to assist with the preservation of video surveillance.

13. While on scene, S/A Gass reviewed video surveillance footage. S/A Gass observed the following:

    a. S/A Gass observed that on Friday, June 16, 2023, at approximately 1956 hours, a dark colored Sport Utility Vehicle (SUV) driving around the parking lot of Orr Auctioneers. S/A Gass observed this dark colored SUV matched the description

of the 2004 Chevrolet Trailblazer registered to MILLS that was abandoned in the parking lot of Orr Auctioneers. S/A Gass also observed a white sedan vehicle parked in the parking lot. This white sedan was later identified as a 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876, that MILLS stole from ORR Auctioneers.



b. S/A Gass observed a Temporary Registration Tag taped to the rear window of the SUV. This Temporary Registration Tag is important as it is consistent with the Temporary Registration Tag that was located inside the 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876 when it was recovered later in the investigation. S/A Gass observed MILLS was wearing a grey t-shirt, with black shoulder sleeves, and two white stripes on each arm.



c. S/A Gass observed that on Friday, June 16, 2023, at approximately 2017 hours, MILLS was wearing blue jeans with a dark colored belt and no shirt near the payloader. Employees of Orr Auctioneers verified this was the payloader that had the shop garage door opener inside of it. S/A Gass observed MILLS entered the payloader and began to drive the payloader.



d. S/A Gass observed that the male on video surveillance matches the physical description of MILLS. Stutsman County Sheriff's Office Deputy Jared Schwanz reviewed the surveillance footage and informed S/A Gass that Deputy Schwanz recognized the male in the surveillance as Joseph MILLS. Deputy Schwanz has interacted with MILLS on prior calls for service in Stutsman County. Deputy Schwanz showed MILL's North Dakota Driver's License photograph to S/A Gass.



e. On Saturday, June 17, 2023, at approximately 0032 hours, video surveillance showed the payloader being driven toward the Orr Auctioneer shop/building from the south.

f. On Saturday, June 17, 2023, at approximately 0040 hours, video surveillance showed the garage door of the shop/building open.

g. S/A Gass observed MILLS walk into the shop/ building by way of the garage door multiple times. S/A Gass observed MILLS was wearing a t-shirt with white stripes on each sleeve while inside Orr Auctioneers.



h. While reviewing surveillance, S/A Gass observed MILLS enter the shop/building multiple times. S/A Gass observed MILLS holding pistols in his hands.

i. S/A Gass observed that on Saturday, June 17, 2023, at approximately 0321 hours, MILLS picked up a long rifle and carried the firearm out of the shop/building by way of the open garage door.



j. S/A Gass observed that on Saturday, June 17, 2023, at approximately 0428 hours, MILLS exited the driver's door of a light colored four door sedan that was parked near the payloader. MILLS entered the cab of the payloader.

k. S/A Gass observed that on Saturday June 17, 2023, at approximately 0432 hours, the shop garage door closed. Shortly after, MILLS exited the payloader and entered the driver's door of the light-colored sedan.

14. S/A Gass is aware that the video surveillance system time stamps are approximately ten minutes off.

15. While on scene, employees of Orr Auctioneers discovered multiple car keys were missing from the business.

16. Employees of Orr Auctioneers discovered that a 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876, bearing no license plate, was missing from the Orr Auctioneers parking lot.

17. S/A Gass was informed the Stutsman County Sheriff's Office entered the 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876, bearing no license plate, as "stolen" in the National Crime Information Center (NCIC).

18. Jeff Olson, of Jamestown Gun Shop, provided S/A Gass with a preliminary inventory list of firearms that were taken from the Orr Auctioneers building.

19. Employees of Orr Auctioneers informed S/A Gass that approximately three hundred fifty dollars ($350.00) was taken from a cash box in the office.

20. On June 19, 2023, at approximately 0952 hours, S/A Gass was informed that the 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876, bearing no license, was located in a parking lot at 1450 13th Ave E, West Fargo, North Dakota, 58078. S/A Gass was informed that the vehicle was unoccupied, and the front windows were rolled down.

21. On June 19, 2023, at approximately 1035 hours, S/A Gass arrived at 1450 13th Ave E, West Fargo, North Dakota, 58078, and observed the 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876 parked in a parking spot.

22. S/A Gass, Chief Deputy Falk, and West Fargo Police Department searched and documented the contents and condition of the vehicle.

23. During the search of the 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876, officers located a North Dakota Certificate of Title for a Vehicle. The vehicle title was for a 2004 Chevrolet Trailblazer, VIN 1GNDT13S242398258. This is relevant to this investigation because it was a 2004 Chevrolet Trailblazer with VIN 1GNDT13S242398258 that was found abandoned at Orr Auctioneers.  S/A Gass observed the name "Joseph Vijay Mills" handwritten in the "Applicant/Buyer's Legal Name" section of the title. S/A Gass observed MILLS mailing address listed as 104 Sunnyside Trailer Court, Jamestown, North Dakota, 58401. The title documents that MILLS purchased the 2004 Chevrolet Trailblazer, VIN 1GNDT13S242398258, on May 15, 2022, for five hundred

dollars ($500.00).

24. Officers located a ripped-up North Dakota Temporary Registration Permit, with duct tape attached, for a 2004 Chevrolet Trailblazer, VIN 1GNDT13S242398258, on the floorboard of the front passenger seat of the 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876. S/A Gass observed the name "Mills, J" listed on the Temporary Registration Permit.

25. Officers located a receipt for Red Carpet Carwash, located at 808 20th Street SW, Jamestown, North Dakota, 58401. The receipt documented a cash purchase for a "RedExtreme" carwash for $18.00. The receipt was time stamped June 17th, 2023, at 0506 hours.

26. Officers located a pair of blue jeans with a dark colored belt on the passenger seat of the 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876. S/A Gass is aware that this pair of blue jeans with a dark colored belt is consistent with the blue jeans and dark colored belt the male was observed wearing on Orr Auctioneers surveillance on Friday, June 16, 2023, at approximately 2017 hours.

27. Officers located a T-Mobile cell phone box on the front passenger seat floorboard of the 2000 Pontiac Bonneville SE, four door sedan, VIN number 1G2HX54K5Y4201876.

28. Officers located an identification tag for a Kimber, model Ultra Carry II, .45 ACP pistol, bearing serial number KU300857, Item Number: 23-03-002187, on the front passenger seat of the 2000 Pontiac Bonneville SE, VIN number 1G2HX54K5Y4201876. S/A Gass is aware that this identification tag is consistent with the tag used by Orr Auctioneers.

29. On June 20, 2023, S/A Gass reviewed the preliminary inventory list of stolen firearms that Jeff Olson provided S/A Gass. S/A Gass observed that a Kimber, model Ultra Carry II, .45 ACP pistol, bearing serial number KU300857, Orr Auctioneers Item Number: 23-03-002187

was stolen from the Jamestown Gun Shop inventory located at Orr Auctioneers.

30. On June 20, 2023, Chief Deputy Falk responded to the Red Carpet Carwash located at 808 20th Street SW, Jamestown, ND, 58401, and obtained video surveillance footage from June 17, 2023, at 0506 hours. Chief Deputy Falk provided S/A Gass with a screen shot of MILLS from the video surveillance footage. S/A Gass observed MILLS holding what appears to be a bill of US Currency at the check-out counter. S/A Gass observed MILLS wearing a light grey t-shirt with black shoulder sleeves and two stripes of white on each arm. This t-shirt is consistent with the t-shirt MILLS was wearing while on the premises of Orr Auctioneers on June 16-17, 2023.



31. On June 20, 2023, S/A Gass spoke to Anthony Lamb, a manager of T-Mobile in Fargo, North Dakota. Anthony Lamb informed S/A Gass that MILLS activated a T-Mobile cell phone account on June 17, 2023, at approximately 1200 hours, with cell phone number 701-895-4554.

32. As of June 20, 2023, S/A Gass is aware that approximately thirty-five (35) firearms were stolen from the building of Orr Auctioneers, located at 4154 Hwy 281 SE, Jamestown, North Dakota, 58401.

33. Based upon the facts and information contained in this Affidavit, it is respectfully submitted that sufficient probable cause exists to believe Joseph Vijay MILLS, DOB 10-12-1986, committed the offense of Title 18 United States Code 922(j), Possession of a Stolen Firearm.

34. The foregoing is true and correct to the best of my knowledge and belief.

_____

Christine Gass

Special Agent

Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn and subscribed to before me this 22nd day of June, 2023

_____

Alice R. Senechal

United State Magistrate Judge