IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| JOSEPH VIJAY MILLS | Violations:  18 U.S.C. §§ 922(g)(1), 924(a)(8), 922(j), 924(m), 924(a)(2) |

COUNT ONE

**Possession of a Firearm by a Prohibited Person**

The Grand Jury Charges:

On or about June 16 and 17, 2023, in the District of North Dakota, and elsewhere,

JOSEPH VIJAY MILLS,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is:

1. Theft of Property (Possession), in violation of N.D.C.C. § 12.1-23-02(3), a Class C Felony; and Issuing Check or Draft Without Sufficient Funds or Credit, in violation of N.D.C.C. § 6-08-16, a Class C Felony, in District Court, County of Stutsman, State of North Dakota, Case Number: 47-2022-CR-00408, with the Judgment dated on or about February 21, 2023;

2. Felony Larceny, in violation of N.C. Gen. Stat. § 14-72(a), in Superior Court, County of Cabarrus, State of North Carolina, File Number: 13CRS055711, with the Judgment dated on or about February 11, 2015;

3. Aggravated Assault – Reckless, in violation of Tenn. Code § 39-13-102, in Criminal/Circuit Court, County of Sumner, State of Tennessee, Case Number: 403-2012, with a Judgment dated on or about May 15, 2015;

did knowingly possess a firearm, to wit:

1.  a Hi-Point Firearms, Model 995, 9mm caliber rifle, Serial Number: F251187;

2. a Smith and Wesson, Model M&P Shield, .40 caliber pistol, Serial Number: HPB0170;

3. a Sig Sauer, Model P938, 9mm caliber pistol, Serial Number: 52A0229112;

4. a Kimber, Model Ultra Carry II, .45 caliber pistol, Serial Number: KU300857;

5. a Radical Firearms, Model RF-15, 5.56 caliber rifle, Serial Number: 23-027966;

6. a SCCY, Model CPX-1, 9mm caliber pistol, Serial Number: C327033;

7. a Sig Sauer, Model P365, 9mm caliber pistol, Serial Number: 66B284561;

8. a Radikal, Model MKX3, 12-gauge shotgun, Serial Number: AS-05575;

9. a Colt, Model M-4 Carbine, 5.56 caliber rifle, Serial Number: CR056376;

10. a Colt, Model 1911, .45 caliber pistol, Serial Number: W104707;

11. a Smith and Wesson, Model M&P 40, .40 caliber pistol, Serial Number: HBC0145;

12. a Girsan, Model MC28SA, 9mm caliber pistol, Serial Number: T6368-20AV09257;

13. a Walther Arms, Model PPS, 9mm caliber pistol, Serial Number: AF0594;

14. a Springfield Armory, Model XDM 9, 9mm caliber pistol, Serial Number: MG833171;

15. a Beretta, Model PX4 Storm, .40 caliber pistol, Serial Number: PY131999;

16. a Springfield Armory, Model XD 40, .40 caliber pistol, Serial Number: US237831;

17. a Sar Arms, Model SARB6P, 9mm caliber pistol, Serial Number: 13G08087;

18. a Radical Firearms, Model RF-15, 5.56 caliber rifle, Serial Number: 23-028172;

19. a Radical Firearms, Model RF-15, .223 caliber rifle, Serial Number: 2-120443;

20. a Glock, Model 19x, 9mm caliber pistol, Serial Number: BWZL904;

21. a Ruger, Model SR22PB, .22 caliber pistol, Serial Number: 369-65805;

22. a Glock, Model 47, 9mm caliber pistol, Serial Number: BZAU523;

23. a DPMS Panther Arms, Model DR-10, .308 caliber rifle, Serial Number: DR10-002981;

24. a Colt, Model 1911 Government, .45 caliber pistol, Serial Number: AAW090;

25. a Smith and Wesson, Model M&P Shield, 9mm caliber pistol, Serial Number: JMH2087;

26. a Sig Sauer, Model P322C-BAS, .22 caliber pistol, Serial Number: 73A068362;

27. a Kimber, Model Custom II Engraved, .45 caliber pistol, Serial Number: K909820;

28. a Kimber, Model Custom II Engraved, .45 caliber pistol, Serial Number: K911303;

29. a Kimber, Model Custom II Engraved, .45 caliber pistol, Serial Number: K910574;

30. a Kimber, Model Micro 9 Rapide, 9mm caliber pistol, Serial Number: TB0085014;

      31.  a Taurus, Model G2S, 9mm caliber pistol, Serial Number: ADE326011;

      32.  a Taurus, Model G2S, 9mm caliber pistol, Serial Number: ADE325918;

      33.  a Taurus, Model TX-22, .22 caliber pistol, Serial Number: 1TJ022720;

      34.  a Trailblazer Firearms, Model Lifecard, .22 caliber pistol, Serial Number: 42139;

said firearms having been shipped and transported in interstate and foreign commerce;

      In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TWO

**Theft of Firearms from a Licensed Dealer**

The Grand Jury Further Charges:

On or about June 16 and 17, 2023, in the District of North Dakota, and elsewhere,

JOSEPH VIJAY MILLS,

knowingly stole the following firearms from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, that is, Jamestown Gun Shop, also known as Orr Auctioneers:

1. a Hi-Point Firearms, Model 995, 9mm caliber rifle, Serial Number: F251187;

2. a Smith and Wesson, Model M&P Shield, .40 caliber pistol, Serial Number: HPB0170;

3. a Sig Sauer, Model P938, 9mm caliber pistol, Serial Number: 52A0229112;

4. a Kimber, Model Ultra Carry II, .45 caliber pistol, Serial Number: KU300857;

5. a Radical Firearms, Model RF-15, 5.56 caliber rifle, Serial Number: 23-027966;

6. a SCCY, Model CPX-1, 9mm caliber pistol, Serial Number: C327033;

7. a Sig Sauer, Model P365, 9mm caliber pistol, Serial Number: 66B284561;

8. a Radikal, Model MKX3, 12-gauge shotgun, Serial Number: AS-05575;

9. a Colt, Model M-4 Carbine, 5.56 caliber rifle, Serial Number: CR056376;

10. a Colt, Model 1911, .45 caliber pistol, Serial Number: W104707;

11. a Smith and Wesson, Model M&P 40, .40 caliber pistol, Serial Number: HBC0145;

12. a Girsan, Model MC28SA, 9mm caliber pistol, Serial Number: T6368-20AV09257;

13. a Walther Arms, Model PPS, 9mm caliber pistol, Serial Number: AF0594;

14. a Springfield Armory, Model XDM 9, 9mm caliber pistol, Serial Number: MG833171;

15. a Beretta, Model PX4 Storm, .40 caliber pistol, Serial Number: PY131999;

16. a Springfield Armory, Model XD 40, .40 caliber pistol, Serial Number: US237831;

17. a Sar Arms, Model SARB6P, 9mm caliber pistol, Serial Number: 13G08087;

18. a Radical Firearms, Model RF-15, 5.56 caliber rifle, Serial Number: 23-028172;

19. a Radical Firearms, Model RF-15, .223 caliber rifle, Serial Number: 2-120443;

20. a Glock, Model 19x, 9mm caliber pistol, Serial Number: BWZL904;

21. a Ruger, Model SR22PB, .22 caliber pistol, Serial Number: 369-65805;

22. a Glock, Model 47, 9mm caliber pistol, Serial Number: BZAU523;

23. a DPMS Panther Arms, Model DR-10, .308 caliber rifle, Serial Number: DR10-002981;

24. a Colt, Model 1911 Government, .45 caliber pistol, Serial Number: AAW090;

25. a Smith and Wesson, Model M&P Shield, 9mm caliber pistol, Serial Number: JMH2087;

26. a Sig Sauer, Model P322C-BAS, .22 caliber pistol, Serial Number: 73A068362;

27. a Kimber, Model Custom II Engraved, .45 caliber pistol, Serial Number: K909820;

28. a Kimber, Model Custom II Engraved, .45 caliber pistol, Serial Number: K911303;

29. a Kimber, Model Custom II Engraved, .45 caliber pistol, Serial Number: K910574;

30. a Kimber, Model Micro 9 Rapide, 9mm caliber pistol, Serial Number: TB0085014;

31. a Taurus, Model G2S, 9mm caliber pistol, Serial Number: ADE326011;

32. a Taurus, Model G2S, 9mm caliber pistol, Serial Number: ADE325918;

33. a Taurus, Model TX-22, .22 caliber pistol, Serial Number: 1TJ022720;

34. a Trailblazer Firearms, Model Lifecard, .22 caliber pistol, Serial Number: 42139;

with the intent to permanently deprive Jamestown Gun Shop, also known as Orr Auctioneers, of those firearms;

In violation of Title 18, United States Code, Section 924(m).

## COUNT THREE

**Possession of Stolen Firearms**

The Grand Jury Further Charges:

On or about June 16 and 17, 2023, in the District of North Dakota, and elsewhere,

JOSEPH VIJAY MILLS,

knowingly possessed stolen firearms, that is:

1. a Hi-Point Firearms, Model 995, 9mm caliber rifle, Serial Number: F251187;

2. a Smith and Wesson, Model M&P Shield, .40 caliber pistol, Serial Number: HPB0170;

3. a Sig Sauer, Model P938, 9mm caliber pistol, Serial Number: 52A0229112;

4. a Kimber, Model Ultra Carry II, .45 caliber pistol, Serial Number: KU300857;

5. a Radical Firearms, Model RF-15, 5.56 caliber rifle, Serial Number: 23-027966;

6. a SCCY, Model CPX-1, 9mm caliber pistol, Serial Number: C327033;

7. a Sig Sauer, Model P365, 9mm caliber pistol, Serial Number: 66B284561;

8. a Radikal, Model MKX3, 12-gauge shotgun, Serial Number: AS-05575;

9. a Colt, Model M-4 Carbine, 5.56 caliber rifle, Serial Number: CR056376;

10. a Colt, Model 1911, .45 caliber pistol, Serial Number: W104707;

11. a Smith and Wesson, Model M&P 40, .40 caliber pistol, Serial Number: HBC0145;

12. a Girsan, Model MC28SA, 9mm caliber pistol, Serial Number: T6368-20AV09257;

13. a Walther Arms, Model PPS, 9mm caliber pistol, Serial Number: AF0594;

14. a Springfield Armory, Model XDM 9, 9mm caliber pistol, Serial Number: MG833171;

15. a Beretta, Model PX4 Storm, .40 caliber pistol, Serial Number: PY131999;

16. a Springfield Armory, Model XD 40, .40 caliber pistol, Serial Number: US237831;

17. a Sar Arms, Model SARB6P, 9mm caliber pistol, Serial Number: 13G08087;

18. a Radical Firearms, Model RF-15, 5.56 caliber rifle, Serial Number: 23-028172;

19. a Radical Firearms, Model RF-15, .223 caliber rifle, Serial Number: 2-120443;

20. a Glock, Model 19x, 9mm caliber pistol, Serial Number: BWZL904;

21. a Ruger, Model SR22PB, .22 caliber pistol, Serial Number: 369-65805;

22. a Glock, Model 47, 9mm caliber pistol, Serial Number: BZAU523;

23. a DPMS Panther Arms, Model DR-10, .308 caliber rifle, Serial Number: DR10-002981;

24. a Colt, Model 1911 Government, .45 caliber pistol, Serial Number: AAW090;

25. a Smith and Wesson, Model M&P Shield, 9mm caliber pistol, Serial Number: JMH2087;

26. a Sig Sauer, Model P322C-BAS, .22 caliber pistol, Serial Number: 73A068362;

27. a Kimber, Model Custom II Engraved, .45 caliber pistol, Serial Number: K909820;

28. a Kimber, Model Custom II Engraved, .45 caliber pistol, Serial Number: K911303;

29. a Kimber, Model Custom II Engraved, .45 caliber pistol, Serial Number: K910574;

30. a Kimber, Model Micro 9 Rapide, 9mm caliber pistol, Serial Number: TB0085014;

31. a Taurus, Model G2S, 9mm caliber pistol, Serial Number: ADE326011;

32. a Taurus, Model G2S, 9mm caliber pistol, Serial Number: ADE325918;

33. a Taurus, Model TX-22, .22 caliber pistol, Serial Number: 1TJ022720;

34. a Trailblazer Firearms, Model Lifecard, .22 caliber pistol, Serial Number: 42139;

which had been shipped and transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearms were stolen;

In violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/tl