AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'23 SEP 14 PM4:04

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Abigail Rachelle MILLER | ) | Case No.  3:23-cr-132 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Abigail Rachelle MILLER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession of Stolen Firearms
Illegal Transportation of a Firearm by a Person Under Indictment
Firearms Trafficking
Aiding and Abetting

Date:     09/14/2023

/s/ Sarah Cook
*Issuing officer's signature*

City and state:     Fargo, ND

Sarah Cook, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/14/2023 , and the person was arrested on *(date)* 10/03/2023
at *(city and state)* Sarasota, FL

Date: 10/10/2023

Jey [signature]
*Arresting officer's signature*

DUSM Derringer
*Printed name and title*